Nov 01, 2022

# UNITED STATES DISTRICT COURT

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH DISCORD ACCOUNT USERNAMES<br><br>Lazyairmen#7460<br><br>1074508268500992O<br><br>STORED AT PREMISES CONTROLLED BY DISCORD, INC. | Case No. 3:22-mj-00451-KFR |
|---|---|

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT FOR STORED ELECTRONIC COMMUNICATIONS

I, Krista Lang, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 05/13/2018. As a Special Agent for the FBI, I am assigned to the Anchorage FBI Joint Terrorism Task Force and work a variety of criminal and national security matters, including investigating violent threats made on the internet in furtherance of violent ideology or rhetoric. Prior to my employment as a Special Agent, I was an Intelligence Analyst with the FBI for approximately two years on a Joint Terrorism Task Force.

2. I make this affidavit in support of an application for a search warrant under 3:22-MJ-00451-KFR Rule 41 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 1924 (unauthorized removal and retention of classified documents or material), to require Discord, Inc. to disclose to the government records and other information in its possession, pertaining to the contents of the chat history of user account Lazyarimen#7460 (user ID


10745082685009920), (hereinafter, the TARGET ACCOUNT) from February 1, 2021 to present. The information is stored at premises owned, maintained, controlled, or operated by Discord, Inc., located at 444 De Haro Street, San Francisco, California. The information and records of the user account to be searched is described in the following paragraphs and Attachment A.

3. I have probable cause to believe that evidence of violations of 18 U.S.C. § 1924, unauthorized removal and retention of classified documents or material is located in the chat history of the Discord TARGET ACCOUNT, which is further described below. I have reason to believe that communications and other materials in the online workspace that are the subject of this application will have stored information and communications that are relevant to this investigation. As outlined below, and based upon my training and experience, there is probable cause to believe that evidence of a crime, contraband, fruits of crime, or other illegally possessed, or property designated for use, intended for use, or used in committing the aforementioned crimes are located within the contents of the chat history of the Discord TARGET ACCOUNT. Attachments A and B, incorporated herein by reference, specifically identify the place, information, and records to be searched and seized.

4. I make this affidavit based upon my personal knowledge derived from my participation in this investigation, upon my training and experience as an FBI Agent, and upon information received from other federal, state and/or local law enforcement officers involved in the investigation.

5. This affidavit is submitted in support of a search warrant; it does not set forth each and every fact known to me or the other investigators about this investigation.

Rather, this affidavit sets forth only those facts necessary to establish the requisite foundation for the requested warrant.

6. The relevant statutory authority and terms used in this affidavit and its attachments are described and defined below.

**RELEVANT STATUES**

7. This search warrant is being requested to obtain evidence, contraband, fruits, and instrumentalities of violations of:

8. 18 U.S.C. § 1924 Unauthorized removal and retention of classified documents or material.

**BACKGROUND ABOUT DISCORD**

9. In my training and experience, Discord is a proprietary freeware voice over Internet protocol (VoIP) application for gaming and other online communities. The Discord client was built on the Electron framework using web technologies, which allows it to be multi-platform and run on personal computers and websites. The Discord application has services such as free voice chat servers for users and dedicated server infrastructure, video calling and screen sharing, direct calling, instant messaging, videoconferences, and GameBridge API that allows game developers to support integration with Discord within games. Discord users can create a "server" for free and then invite other users to join the server in order to communicate with another user. A server can be configured as public, meaning anyone can join, or it can be configured to be private. To participate in a private server, a user must be invited by another user who already belongs to that private server.

Nov 01, 2022

10. Discord users are able to create and maintain a friends list, participate in multiple servers or communication channels, and set their current status indicator to appear online, away, or invisible to other users. Discord servers can have multiple text-based and voice channels, both public and private. Text messages sent in these channels are persistent, stay visible, and are stored indefinitely. Users are able to communicate in only one channel at a time but can easily navigate between channels. Discord users are able to direct message, or private message to other Discord users. Discord users are able to view what game their Discord friends and other Discord server members are playing.

11. During the registration process for a Discord account, Discord asks subscribers to provide basic client information to include username, and email address. Additionally, other online applications like Steam, Facebook, Spotify, and Twitter, can be connected to a user's Discord account. Discord can be used from within a web browser, can be installed on a Windows, Mac, or Linux computer, or can be installed on an Apple iOS or Android mobile device. Discord has an optional paid version called "Discord Nitro" that provides a user with additional features. Therefore, the computers of Discord likely contain information concerning a user's account and their use of Discord services and possibly other connected services, such as account access information, email information, and account application and payment information. Discord also assigns a user identification number to each account.

12. In my training and experience, service providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of login (i.e., session) times and durations, the types of service utilized, the status

of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website) and other log files that reflect usage of the account. In addition, service providers often have records of the IP address[1] used to register the account and the IP addresses associated with particular logins to and activity on the account. Because every device that connects to the Internet must use an IP address, IP addresses can help identify which computers or other devices were used to access the account.

13. In some cases, Discord users may communicate directly with Discord about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Discord typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

14. The computers or servers of Discord are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Discord, such as account access information, transaction information, and account activation.

---

[1] An IP address is a unique numeric address used by computers on the Internet. There are two types of IP addresses used on the Internet today. The IPv4 address uses 32 bits and looks like a series of four numbers, each in the range from 0-255, separated by periods - for example 123.4.56.78. Due to the growth of the Internet, the creation of additional IP addresses was needed; therefore, a new version of IP called 1Pv6, uses 128 bits for IP addresses - for example 2610:0020:6F15:0015:0000:0000:0000:0027, or its abbreviated form of 2610:20:6F15:15::27. Every computer connected to the Internet must be assigned an IP address so that Internet traffic may be directed properly from its source to its destination. Each IP address is uniquely assigned to a single connected device at any single point in time.

**PROBABLE CAUSE**

15. On 9/13/2022 Airforce Office of Special Investigations (AFOSI) notified Anchorage FBI that Jason Gray consented to an interview, where he disclosed he was the administrator for an anti-government anti-authority social media page. During subsequent questioning by AFOSI, Gray admitted to creating a Facebook page for Boogaloo adherents titled "CNN Journalist Support Group." Gray created the group due in part to his dissatisfaction with the government. Gray was upset and disgruntled with his Permanent Change of Station (PCS) to Joint Base Elmendorf Richardson (JBER). Gray was upset due to the delays and efficiency of the process. According to Gray's military records Gray arrived to JBER on 2/1/2021 and was assigned to the 30lst Intelligence Squadron (ACC), with duty at National Security Agency Alaska (NSAA), Joint Base Elmendorf-Richardson (JBER) AK. In addition to creating the Facebook group Gray admitted to utilizing Discord with username LazyAirmen#7460.

16. Gray participated in several Discord Channels in support of the Boogaloo Movement, dark humor, funny memes, and dissatisfaction with the United States Government. Gray further consented to a search of his Discord by AFOSI agents. During the consensual search AFOSI agents identified an image sent in a private channel. Upon initial review the image appeared to be classified and was likely obtained via Gray's access to National Security Agency (NSA) intelligence. The information was shared with seven other individuals, not all of whom have been fully identified. Based on the information shared both Department of Defense and NSA immediately restricted Gray's access to all NSA material and classified documents. Based on Gray utilizing Discord to communicate with other Boogaloo members, there is potential the image shared was in furtherance of the

Nov 01, 2022

Boogaloo ideology. Knowing and willful transmittal of specified classified information to an unauthorized person is in violation of 18 U.S.C. § 1924.

17. The Boogaloo Movement is a loosely organized anti-government/anti authority movement in the United States whose adherents say they are planning for, or seek to incite, a second American Civil War or second American Revolution which they call the "Boogaloo."

18. On 9/19/2021, a preservation request was sent to Discord for TARGET ACCOUNT. Discords internal reference number for this request was 28733797.

**CONCLUSION**

19. Discord has access to information about the TARGET ACCOUNT. Thus, I submit that this affidavit supports probable cause for a warrant to be search TARGET ACCOUNT, described in Attachment A and to seize the items described in Attachment B, which are instrumentalities, fruits, contraband, and evidence of violations in 18 U.S.C. § 1924 (Unauthorized removal and retention of classified documents or material).

20. I request that the Court issue the proposed search warrant. Because the warrant will be served on Discord, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night. Under 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

Krista Lang
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on this 1st day of November, 2022.

_________________________________

HON. KYLE F. REARDON
United States Magistrate Judge
District of Alaska